Same case below, 585 F.3d 1247.

**No. 10-881. Henry Raab, et al., Petitioners v. Borough of Avalon, New Jersey, et al.**

563 U.S. 936, 131 S. Ct. 2096, 179 L. Ed. 2d 891, 2011 U.S. LEXIS 3109.

April 18, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-884. Samuel Scott, Petitioner v. Texas.**

563 U.S. 936, 131 S. Ct. 2096, 179 L. Ed. 2d 891, 2011 U.S. LEXIS 3155.

April 18, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 322 S.W.3d 662.

**No. 10-888. John Casciani, Petitioner v. Ronald Nesbitt, et al.**

563 U.S. 936, 131 S. Ct. 2096, 179 L. Ed. 2d 891, 2011 U.S. LEXIS 3016.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 392 Fed. Appx. 887.

**No. 10-889. Wes Bertalan, et al., Petitioners v. Rancho Santiago Community College District, et al.**

563 U.S. 936, 131 S. Ct. 2096, 179 L. Ed. 2d 891, 2011 U.S. LEXIS 3070.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 623 F.3d 1011.

**No. 10-890. Midland Central Appraisal District, Petitioner v. BP America Production Co., et al.**

563 U.S. 936, 131 S. Ct. 2097, 179 L. Ed. 2d 891, 2011 U.S. LEXIS 3129.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

Same case below, 282 S.W.3d 215.

**No. 10-896. Harrison Central Appraisal District, Petitioner v. Peoples Gas, Light and Coke Company.**

563 U.S. 936, 131 S. Ct. 2097, 179 L. Ed. 2d 891, 2011 U.S. LEXIS 3177.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Sixth District, denied.

Same case below, 270 S.W.3d 208.

**No. 10-902. Walter McGill, dba Creation 7th Day Adventist Church, Petitioner v. General Conference Corporation of Seventh-Day Adventists, et al.**

563 U.S. 936, 131 S. Ct. 2097, 179 L. Ed. 2d 891, 2011 U.S. LEXIS 3071.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 617 F.3d 402.